JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FAITH RECOVERY CENTER, INC., | CASE NO. 2:24-cv-03978-JLS-MRW |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| CHRISTOPHER T. ROBINSON, et al. | |
| Defendants. | |

In light of the Order Dismissing Defendant Medica Health Plans Corp. (Doc. 34) and the Notice of Voluntary Dismissal as to Defendant Christopher Robinson (Doc. 35), no named Defendants remain in the action. The action is therefore DISMISSED.

DATED: September 5, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE